Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| KIRK CALKINS, a married individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF SEATTLE; DLH INC., a Washington Corporation; CHRISTOPHER LUEDKE; ELIZABETH SHELDON; BILL GRAYUM; GREEN WAY HOMES, a Washington Limited Liability Company; VASILI IALANJI, and GENE IALANJI,<br><br>          Defendants. | Case No. 2:23-cv-01607-RSM<br><br>**ORDER GRANTING DEFENDANTS GREEN WAY HOMES, LLC, VASILI IALANJI, AND GENE IALANJI'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT
(Case No. 2:23-cv-01607-RSM)

MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
4640 S. MACADAM AVENUE, SUITE 100
PORTLAND, OREGON 97239
TELEPHONE: (503) 224-2165

This matter having come on upon the Defendants Green Way Homes, LLC, Vasili Ialanji, and Gene Ialanji's (collectively, "Green Way") Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and the Court having considered the records and files herein does hereby Grant the Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint. Green Way is ordered to respond to the First Amended Complaint by January 23, 2024.

**IT IS SO ORDERED.**

DATED this 19th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

MACMILLAN, SCHOLZ, & MARKS LLC

By: /s/ Megan L. Ferris
Megan L. Ferris WSBA #42392
Gregory A. Reinert WSBA #42735
*Attorney for Defendants Green Way Homes, LLC,
Vasili Ialanji, and Gene Ialanji*

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT
(Case No. 2:23-cv-01607-RSM)

- 2 -

MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
4640 S. MACADAM AVENUE, SUITE 100
PORTLAND, OREGON 97239
TELEPHONE: (503) 224-2165

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT
(Case No. 2:23-cv-01607-RSM)

**MACMILLAN, SCHOLZ & MARKS, LLC**
ATTORNEYS AT LAW
4640 S. MACADAM AVENUE, SUITE 100
PORTLAND, OREGON 97239
TELEPHONE: (503) 224-2165