Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIRK CALKINS, a married individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE; DLH INC., a Washington Corporation; CHRISTOPHER LUEDKE; ELIZABETH SHELDON; BILL GRAYUM; GREEN WAY HOMES, a Washington Limited Liability Company; VASILI IALANJI, and GENE IALANJI,<br><br>　　　　　Defendants. | No.   2:23-cv-01607-RSM<br><br>**ORDER GRANTING DEFENDANT CITY OF SEATTLE'S MOTION TO AMEND ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**JUNE 21, 2024** |

This matter having come on upon the Defendant's Motion to Amend Answer to Plaintiff's First Amended Complaint and the Court having considered the records and files herein does hereby Grant Defendant's Motion to Amend Answer. Defendant is Ordered to file the First Amended Answer to Plaintiff's First Amended Complaint with fourteen (14) days of this Order.

DATED this 24th day of June, 2024.

　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT CITY OF SEATTLE'S MOTION TO AMEND ANSWER TO FIRST AMENDED COMPLAINT   (2:23-cv-01607-RSM) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Presented by:

ANN DAVISON
Seattle City Attorney


s/ Sarah Tilstra
KATHRYN L. CHILDERS, WSBA #45231
SARAH TILSTRA, WSBA #35706
Assistant City Attorneys
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7095
P: (206) 684-8200
kathryn.childers@seattle.gov
sarah.tilstra@seattle.gov

Attorneys for Defendants
City of Seattle, Elizabeth Sheldon, and Christopher Luedke

ORDER GRANTING DEFENDANT CITY OF
SEATTLE'S MOTION TO AMEND ANSWER TO FIRST AMENDED
COMPLAINT   (2:23-cv-01607-RSM) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200